**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

SEP 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **HERNAN ISMAEL DELGADO**, | No. 03-74442 |
| Petitioner, | Agency No. A078-461-226 |
| v. | |
| **ERIC H. HOLDER Jr., Attorney General**, | **ORDER** |
| Respondent. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.